JOSEPH R. YATES, ESQ. / SBN: 215100
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ZIVKOVICH, et al., | Case No.: 2:14-cv-01198-MCE-KJN |
| Plaintiffs, | **STIPULATION RE NON-EXPERT DISCOVERY CUTOFF; ORDER THEREON** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** between the parties in the above-entitled action, through their attorneys of record, that due to the need for additional depositions to occur in this matter, and due to the need to accommodate the schedules of third-party witnesses, the close of non-expert discovery should be extended from July 9, 2015 to **August 10, 2015**.  This change will not require an alteration in the remainder of the schedule, and is thus simply a matter of adjusting internal pre-trial deadlines.

DATED: July 14, 2015        **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
                                            /s/
                            By:_____
                                  JOSEPH R. YATES
                                  Attorneys for Plaintiffs

DATED: July 14, 2015        **Benjamin B. Wagner**
                            **United States Attorney**
                                            /s/
                            By:_____
                                  GREGORY BRODERICK
                                  Assistant U.S. Attorney

-1-
**Stipulation re Non-Expert Discovery Cutoff; Order Thereon**

**ORDER**

**Good Cause Appearing, IT IS HEREBY ORDERED** that the non-expert discovery cut-off be extended from July 9, 2015 to **August 10, 2015**.  All other dates established by the Court's Pretrial Scheduling Order filed November 19, 2014 (ECF No. 7) remain unchanged.

**IT IS SO ORDERED**.

Dated:  July 28, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-
**Stipulation re Non-Expert Discovery Cutoff; Order Thereon**