BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
COLLEEN M. KENNEDY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ZIVKOVICH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:14-cv-01198-MCE-KJN<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER AND TRIAL DATES** |

This case was removed to this Court in May 2014. (*See* Dkt. No. 1).  The parties have proceeded diligently, completing discovery motion practice in this case.  A conflict has arisen regarding the trial date of May 9, 2016, however.  Counsel for the United States has been notified that a long-pending Ninth Circuit appeal is likely to be set during the week of May 9.  In addition, counsel for the United States is set for a jury trial in the Northern District of California on May 23, 2016, which would conflict with the trial in this matter.  Thus, as set forth below, the parties request a continuation of the trial date and associated pretrial deadlines.

Such an adjustment will not only permit the efficient presentation of evidence, but will also permit counsel to work diligently towards settling this matter.  Settlement discussions have been ongoing throughout this case, and both parties agree that this is an appropriate case for settlement.  Should the parties require the Court's assistance in setting a settlement conference, they will file a further stipulation and proposed order requesting a Court-sponsored settlement conference.  At this time, however, the parties believe that they can resolve this matter more efficiently with direct negotiations.

Stipulation to Continue Pretrial dates and Trial date

Thus, counsel hereby stipulate, and propose, as follows:

(1) That the bench trial in this matter be continued to October 17, 2016;[1]

(2) That the Joint Pretrial Statement be filed on or before August 4, 2016;

(3) That the motion *in limine* schedule be as follows: Evidentiary or procedural motions be filed on or before August 4, 2016; Oppositions be filed on or before August 11, 2016, and reply briefs be filed on or before August 18, 2016;

(4) That the Joint Pretrial Conference be continued to August 25, 2016.

(5) That Trial Briefs be filed on or before October 3, 2016.

In addition, the parties inform the Court that they currently estimate that trial will be no more than six days, rather than the eight days originally estimated.

Respectfully Submitted,

DATED: February _1, 2016       BENJAMIN B. WAGNER
                               United States Attorney

                        By:    /s/ Gregory T. Broderick
                               GREGORY T. BRODERICK
                               Assistant United States Attorney

DATED: February _1, 2016       DREYER BABICH BUCCOLA WOOD
                               CAMPORA, LLP

                        By:    /s/ Joseph R. Yates (auth 02/1/2016)
                               JOSEPH R. YATES
                               Counsel for Plaintiff

---

[1] Counsel for the United States in this matter is also counsel of record in *Valentich v. United States*, 2:14-cv-01902-MCE-CMK, which is also set for a bench trial on October 17, 2016, before Chief Judge England. The parties in *Valentich* are discussing and preparing a stipulation and proposed order for an earlier trial date in that case, which is likely to be filed in the next several weeks.

2

Stipulation to Continue Pretrial dates and Trial date

**ORDER**

Good Cause Appearing, IT IS HEREBY ORDERED that

(1) The trial date be continued from May 9, 2016, to October 17, 2016. Counsel's current estimated time for trial is six days.

(2) That the Joint Pretrial Statement be filed on or before August 4, 2016;

(3) That evidentiary or procedural motions be filed on or before August 4, 2016; Oppositions be filed on or before August 11, 2016, and reply briefs be filed on or before August 18, 2016;

(4) That the Joint Pretrial Conference be continued to August 25, 2016.

(5) That Trial Briefs be filed on or before October 3, 2016.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT