PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ZIVKOVICH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO.  2:14-cv-01198-MCE-KJN<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL** |

　　　　On July 26, 2016, the parties notified the Court that this matter had settled and that the parties were working diligently to complete payment and would file a dismissal thereafter.  (Dkt. No. 27). Payment has now been made.  Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice.  Rule 41(a) provides, in relevant part, that the parties may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Thus, the parties hereby stipulate and propose that the Court enter an Order vacating all dates in this matter and dismissing this case with prejudice.

Respectfully submitted,

DATED: August 11, 2016                         PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　By:    /s/   Gregory T. Broderick
　　　　　　　　　　　　　　　　　　　　　　　GREGORY T. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　DREYER BABICH BUCCOLA WOOD
　　　　　　　　　　　　　　　　　　　　　　　CAMPORA, LLP

　　　　　　　　　　　　　　　　　　　　By:    /s/ Joseph R. Yates (authorized 08/11/2016)
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH R. YATES
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

## ORDER

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT:

1. All dates in this matter are hereby vacated; and
2. This action is dismissed with prejudice, each side to bear its own fees and costs.
3. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated:  August 11, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE